*In re* MEDIDAS ESPECIALES PARA LA EXTENSIÓN DE TÉRMINOS POR MOTIVO DEL JUEVES SANTO.

*Número:* EN-2006-02          *Resuelto:* 31 de marzo de 2006

## RESOLUCIÓN

El Juez Presidente, Hon. Federico Hernández Denton, concedió libre el 13 de abril de 2006 a los empleados y empleadas de la Rama Judicial, con cargo a la licencia de vacaciones. A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 L.P.R.A. secs. 72 y 73) y se considerará el Jueves Santo como si fuera un día feriado completo. Cualquier término que venza ese día se extenderá hasta el martes 18 de abril, próximo día laborable.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*